**\*\* E-filed June 2, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BYRON GIRON, | No. C11-01561 HRL |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| AN THANH NGUYEN, et al., | **[Re: Docket No. 5]** |
| Defendants. | |

Plaintiff instituted this wage-and-hour action on March 31, 2011. Docket No. 1. On May 10, 2011, Defendants filed a motion under Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) to dismiss the complaint. Docket No. 5. Plaintiff responded by filing a First Amended Complaint twelve days later. Docket No. 8. Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for determination without oral argument, and the June 14, 2011 hearing is VACATED.

Under Rule 15, a plaintiff may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). FED. R. CIV. P. 15(a)(1)(B). Plaintiff's First Amended Complaint was timely filed in accordance with this rule. Therefore, the Court DENIES AS MOOT Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01561 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| James Dal Bon | jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com |
| Tomas Eduardo Margain | margainlaw@hotmail.com, gudennis21410@aol.com, massielhern87@yahoo.com |
| Vi Katerina Tran | vi.tran.esq@gmail.com, vi.katerina.tran@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**